**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Attorneys for Plaintiff Tammy La Barbera and the Proposed Classes*

**UNITED STATE DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY LA BARBERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLÉ MEXICAN FOODS, INC.,<br><br>Defendant. | Case No. 5:20-cv-02324-JGB (SPx)<br><br>**PLAINTIFF'S NOTICE OF LODGING RE: PROPOSED ORDER FOR PLAINTIFF'S REQUEST TO STRIKE NEW ARGUMENTS RAISED IN DEFENDANT'S REPLY BRIEF OR FOR LEAVE TO FILE SUR-REPLY**<br><br>Date:  April 3, 2023<br>Time: 9:00 a.m.<br>Riverside Courtroom 1<br>Hon. Jesus G. Bernal |

PLAINTIFF'S NOTICE OF LODGING RE: PROPOSED ORDER FOR PLAINTIFF'S REQUEST TO STRIKE NEW ARGUMENTS RAISED IN DEFENDANT'S REPLY BRIEF OR FOR LEAVE TO FILE SUR-REPLY

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that, pursuant to Hon. Judge Jesus G Bernal's Standing Order, Plaintiff Tammy La Barbera hereby lodges a Proposed Order for Plaintiff's Request to Strike New Arguments Raised in Defendant's Reply Brief or For Leave to File Sur-Reply filed on February 24, 2023 (ECF No. 73). |

Dated: February 27, 2023    **FARUQI & FARUQI, LLP**

By:  */s/ Lisa T. Omoto*
Lisa T. Omoto
*lomoto@faurqilaw.com*
1901 Avenue of the Stars Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Counsel for Plaintiff Tammy La Barbera and the proposed Classes*

-1-
PLAINTIFF'S NOTICE OF LODGING RE: PROPOSED ORDER FOR PLAINTIFF'S REQUEST TO STRIKE NEW ARGUMENTS RAISED IN DEFENDANT'S REPLY BRIEF OR FOR LEAVE TO FILE SUR-REPLY