**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LA BARBERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLÉ MEXICAN FOODS, INC.,<br><br>Defendant. | Case No. 5:20-cv-02324-JGB (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING** |

**ORDER**

Upon consideration of the Joint Stipulation to Extend Page Limits for Class Certification Briefing and for good cause showing, the Court hereby orders that the Joint Stipulation is GRANTED. Accordingly, the twenty-five (25) page limit set by Local Rule 11-6.1 for Plaintiff's memorandum in support of their motion for class certification is extended to thirty-five (35) pages.  Additionally, the twenty-five (25) page limit set by Local Rule 11-6.1 for Defendant's memorandum in opposition to Plaintiff's motion for class certification is extended to thirty-five (35) pages.

DATED: March 14, 2023

HON. JESUS G BERNAL
United States District Judge

---

ORDER GRANTING JOINT STIPULATION TO EXTEND PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING
Case No. 5:20-cv-02324-JGB (SPx)