UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-2324 JGB (SPx)** | Date | May 10, 2023 |
|---|---|---|---|
| Title | ***Tammy La Barbera v. Olé Mexican Foods Inc.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:      **Order (1) GRANTING IN PART and DENYING IN PART Plaintiff's Request to Strike (Dkt. No. 73); and (2) CONTINUING the Hearing on Defendant's Motion to Dismiss (Dkt. No. 69) to May 22, 2023 (IN CHAMBERS)**

On January 10, 2023, Plaintiff filed a first amended complaint. ("FAC," Dkt. No. 65.) On January 24, 2023, Defendant filed a motion to dismiss the FAC. ("Motion," Dkt. No. 69.) On February 6, 2023, Plaintiff filed an opposition. ("Opposition," Dkt. No. 70.) On February 13, 2023, Defendant replied. ("Reply," Dkt. No. 71.) On February 24, 2023, Plaintiff filed a Request to Strike New Arguments Raised in Defendant's Reply Breif [Sic] or for Leave to File Sur-Reply. ("Request," Dkt. No. 73.)

The Court **GRANTS IN PART** and **DENIES IN PART** the Request. Plaintiff's request to strike any arguments raised in the Reply is **DENIED**. The Court **GRANTS** Plaintiff's request for leave to file a sur-reply. Plaintiff may file a sur-reply of no more than 7 pages by **Monday, May 15, 2023**. The Court will not extend this deadline. Because the Court grants Plaintiff leave to file a sur-reply, the Court **CONTINUES** the hearing on the Motion from May 15, 2023 to May 22, 2023.

**IT IS SO ORDERED.**