**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LA BARBERA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>OLÉ MEXICAN FOODS, INC.,<br><br>　　　　　Defendant. | Case No. 5:20-cv-02324-JGB (SPx)<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Notice is hereby given that Plaintiff Tammy La Barbera ("Plaintiff") appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's May 18, 2023 Order Granting Defendant's Motion to Dismiss (ECF No. 99), and all other orders and decree's embraced therein.

    Plaintiff's Representation Statement is attached to this Notice as required by Ninth Cir. R. 3-2(b) and F.R.A.P. 12(b).

DATED: June 20, 2023    Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Attorneys for Plaintiff and the Proposed Classes*

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

## REPRESENTATION STATEMENT

The undersigned represent Plaintiff Tammy La Barbera ("Plaintiff"). Attached is a service list that shows all parties to the action and identifies their counsel by name, firm, address, email, and telephone numbers. *See* Ninth Cir. R. 12-2; Ninth Cir. R. 3-2(b); F.R.A.P. 12(b).

Date: June 20, 2023                   Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Attorneys for Plaintiff and the Proposed Classes*

## SERVICE LIST OF REPRESENTAION STATEMENT

<u>Plaintiff and Appellant:</u>
Tammy La Barbera

<u>Counsel for Plaintiff and Appellant:</u>
**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Timothy J. Peter (*pro hac vice*)
*tpeter@faruqilaw.com*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

<u>Defendant and Appellee:</u>
Ole Mexican Foods, Inc.

<u>Counsel for Defendant and Appellee:</u>

**KILPATRICK TOWNSEND & STOCKTON LLP**
Nancy L. Stagg (State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone:858 350 6156
Facsimile: 858 350 6111

Joe P. Reynolds (Admitted *pro hac vice*)
jreynolds@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 1100
Atlanta, GA 30309
Telephone: 404 815 4912
Facsimile: 404 541 4618

**CAIOLA AND ROSE LLC**
James W. Faris (Admitted *pro hac vice*)
jimmy@caiolarose.com
125 Clairemont Avenue Suite 240
Decatur, GA 30030
Telephone: (470) 300-1020
Facsimile: (470) 819-3758

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, a copy of the foregoing Notice of Appeal and Representation Statement has been electronically filed via the Court's ECF system to the parties set forth above.

Date: June 20, 2023                                         **FARUQI & FARUQI, LLP**

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885