UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAMMY LABARBERA, individually and on behalf of all others similarly situated, | No.   23-55550 |
| Plaintiff-Appellant, | D.C. No. 5:20-cv-02324-JGB-SP Central District of California, Riverside |
| v. | |
| OLE MEXICAN FOODS, INC., | ORDER |
| Defendant-Appellee. | |

Pursuant to the stipulation of the parties (Docket Entry No. 9), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator